IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWIN SILVA, )
)
    Petitioner, )
) Civil Action No. 07-342 Erie
v. )
)
WARDEN H.J. MARBERRY, )
)
    Respondent. )

## **MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on December 10, 2007 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation, filed on January 26, 2009 [13], recommends that the instant petition for writ of habeas corpus be dismissed as moot. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at his address of record. Petitioner has filed no objections to Chief Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 25th day of February, 2009;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED as moot.

The Report and Recommendation of Chief Magistrate Judge Baxter, filed on January 26, 2009 [13], is adopted as the opinion of the Court.

                                                  s/   Sean J. McLaughlin
                                                  SEAN J. McLAUGHLIN
                                                  United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, Chief U.S. Magistrate Judge